UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON

SERAFIN RANGEL-SEMBRANO,

Plaintiff,

v.

ADAMS COUNTY SHERIFF'S OFFICE, ADAMS COUNTY, EVAN ARMSTRONG, Corporal, Adams County Sheriff's Office, in his individual capacity; DALE WAGNER, Sheriff, Adams County Sheriff's Office, in his individual and official capacity,

Defendants.

No. 2:25-CV-3

DEFENDANTS' ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

**JURY DEMAND**

Defendant, ADAMS COUNTY SHERIFF'S OFFICE, ADAMS COUNTY, EVAN ARMSTRONG, DALE WAGNER, in answer to SERAFIN RENGEL-SEMBRANO'S complaint, admits, denies and alleges as follows:

## I. INTRODUCTION

1. This paragraph contains multiple factual and legal assertions, and is therefore denied.

2. This paragraph contains multiple factual and legal assertions, and is therefore denied.

3. This paragraph contains multiple factual and legal assertions, and is therefore denied.

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

## II. JURISDICTION AND VENUE

4. Defendants admit this Court has jurisdiction.

5. Defendants admit venue is proper.

6. Defendants admit this Court is empowered to hear the claims, but deny Plaintiff can establish any right to the relief requested.

## III. PARTIES

7. Defendants deny for lack of knowledge the allegations contained in paragraph 7 of Plaintiff's Complaint.

8. Defendants deny that Adams County Sheriff's Office is a legal entity amenable to suit. The Sheriff's Office is an agency of the County, and only the County is a proper party.

9. Defendants admit the County is responsible for the Adams County Sheriff's Department, as well as the Adams County Jail.

10. Defendants admit Mr. Armstrong was a Corporal assigned to the Adams County Jail. Defendants deny Corporal Armstong was a legal custodian of Plaintiff at all times relevant.

11. Defendants admit Sheriff Wagner is the Sheriff, but deny any basis for him to be sued in his individual capacity. Defendants further deny that Sheriff Wagner is liable to Plaintiff in any way, either individually or in his official capacity. Defendants further deny that Plaintiffs have properly alleged an "official capacity" claim against any governmental entity.

## IV. STATEMENT OF FACTS

**Mr. Rangel's Arrest and Booking**

12. Defendants admit the allegations contained in paragraph 12 of Plaintiff's Complaint.

13. Defendants admit the allegations contained in paragraph 13 of Plaintiff's Complaint.

14. Defendants admit the allegations contained in paragraph 14 of



KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

Plaintiff's Complaint.

15. Defendants admit Plaintiff was detained, interviewed, and eventually arrested.

16. Defendants deny the allegations contained in paragraph 16 of Plaintiff's Complaint.

17. Defendants admit the allegations contained in paragraph 17 of Plaintiff's Complaint.

18. Defendants admit the allegations contained in paragraph 18 of Plaintiff's Complaint.

19. Defendants admit the allegations contained in paragraph 19 of Plaintiff's Complaint.

20. Defendants admit the allegations contained in paragraph 20 of Plaintiff's Complaint.

21. Defendants deny for lack of knowledge the allegations contained in paragraph 21 of Plaintiff's Complaint.

22. Defendants deny for lack of knowledge the allegations contained in paragraph 22 of Plaintiff's Complaint.

23. Defendants deny for lack of knowledge the allegations contained in paragraph 23 of Plaintiff's Complaint.

24. This paragraph contains a legal conclusion, and is therefore denied.

25. Defendants admit the allegations contained in paragraph 25 of Plaintiff's Complaint.

**Adams County Prosecutors and the District Court Clear Mr. Rangel for Release**

26. Defendants deny the allegations contained in paragraph 26 of Plaintiff's Complaint.

27. Defendants admit the prosecutor issued a release letter.

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

28. Defendants admit the prosecutor declined to file charges.

29. Defendants admit the allegations contained in paragraph 29 of Plaintiff's Complaint..

30. Defendants admit that the Franklin County jail received the order.

**Corporal Armstrong Transports Mr. Rangel to U.S. Border Patrol Custody**

31. It is unclear which "Sheriffs' Office" is referred to here, or which office is alleged to have authority to release a detainee from custody of the Franklin County Jail.

32. Defendants admit that Corporal Armstrong, an Adams County employee, notified Franklin County that he would be retrieving an Adams County detainee for transport back to Adams County.

33. To the extent this paragraph alleges the law requires Franklin County to immediately release an Adams County detainee into Franklin County, defendants deny that allegation.

34. Defendants admit that Plaintiff was cleared for release, and was then transported back to Adams County, the County in which he was arrested, and the County in which he resided.

35. Defendants deny the allegations contained in paragraph 35 of Plaintiff's Complaint.

36. Defendants deny the allegations contained in paragraph 36 of Plaintiff's Complaint.

37. Defendants admit that Corporal Armstrong took custody of Plaintiff and transported him back to Adams County, where he had been arrested and where he resided.

38. Defendants admit that Corporal Armstrong took custody of Plaintiff and transported him back to Adams County, where he had been arrested

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

and where he resided.

39. Defendants deny the allegations contained in paragraph 39 of Plaintiff's Complaint.

40. Defendants deny the allegations contained in paragraph 40 of Plaintiff's Complaint.

41. Defendants deny for lack of knowledge the allegations contained in paragraph 41 of Plaintiff's Complaint.

**Adams County Sheriff's Office Immigration Hold Policy and Washington's Keep Washington Working Law**

42. This paragraph contains legal conclusions and therefore the Defendants deny the allegations contained in paragraph 42 of Plaintiff's Complaint.

43. This paragraph contains legal conclusions and therefore the Defendants deny the allegations contained in paragraph 43 of Plaintiff's Complaint.

44. The law cited by this paragraph speaks for itself, and this paragraph does not require a response from Defendants.

45. The law cited by this paragraph speaks for itself, and this paragraph does not require a response from Defendants.

46. The law cited by this paragraph speaks for itself, and this paragraph does not require a response from Defendants.

47. Defendants deny the allegations contained in paragraph 47 of Plaintiff's Complaint.

48. Defendants deny the allegations contained in paragraph 48 of Plaintiff's Complaint.

49. Defendants deny the allegations contained in paragraph 49 of Plaintiff's Complaint.

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

50. Defendants admit the allegations contained in paragraph 50 of Plaintiff's Complaint.

51. Defendants admit the allegations contained in paragraph 51 of Plaintiff's Complaint.

52. Defendants deny the allegations contained in paragraph 52 of Plaintiff's Complaint.

53. Defendants deny that the applicable policy contains the word "shall." Moreover, the policy manual speaks for itself.

54. Defendants admit the allegations contained in paragraph 54 of Plaintiff's Complaint.

55. Defendants deny the allegations contained in paragraph 55 of Plaintiff's Complaint.

56. Defendants deny the allegations contained in paragraph 56 of Plaintiff's Complaint.

57. Defendants deny the allegations contained in paragraph 57 of Plaintiff's Complaint.

58. Defendants deny the allegations contained in paragraph 58 of Plaintiff's Complaint.

59. Defendants admit that activist organizations and others have repeatedly threatened baseless litigation in an effort to obtain and exercise control over Adams County police and correctional practices.

60. Defendants admit that they did not comply with the legally baseless demands of outside entities with regard to police and correctional practices.

61. Defendants deny the allegations contained in paragraph 61 of Plaintiff's Complaint.

62. Defendants admit the allegations contained in paragraph 62 of Plaintiff's Complaint.

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

63. Defendants admit the allegations contained in paragraph 63 of Plaintiff's Complaint.

## V. CAUSES OF ACTION

## COUNT I

### Detention in Violation of Civil Rights – 42 U.S.C. § 1983 (Against Defendants Adams County Sheriff's Office and Adams County)

64. See above.

65. This paragraph does not require a response from Defendants.

66. Defendants deny that the Sheriff's office is an independent entity amenable to suit.

67. Defendants admit the allegations contained in paragraph 67 of Plaintiff's Complaint..

68. Defendants admit they acted under color of state and federal law.

69. Defendants deny the allegations contained in paragraph 69 of Plaintiff's Complaint.

70. Defendants deny the allegations contained in paragraph 70 of Plaintiff's Complaint.

71. Defendants deny the allegations contained in paragraph 71 of Plaintiff's Complaint.

72. Defendants deny the allegations contained in paragraph 72 of Plaintiff's Complaint.

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

73. This paragraph contains legal conclusions and therefore Defendants deny the allegations contained in paragraph 73 of Plaintiff's Complaint.

74. Defendants deny the allegations contained in paragraph 74 of Plaintiff's Complaint.

75. Defendants deny the allegations contained in paragraph 75 of Plaintiff's Complaint.

76. Defendants deny the allegations contained in paragraph 76 of Plaintiff's Complaint.

77. Defendants deny the allegations contained in paragraph 77 of Plaintiff's Complaint.

78. Defendants deny the allegations contained in paragraph 78 of Plaintiff's Complaint.

## COUNT II

### Detention in Violation of Civil Rights – 42 U.S.C. § 1983 (Against Defendant Evan Armstrong)

79. See above.

80. Defendants deny the allegations contained in paragraph 80 of Plaintiff's Complaint.

81. Defendants deny that Corporal Armstrong relied on any holds from any federal authorities.

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

82. Defendants deny the allegations contained in paragraph 82 of Plaintiff's Complaint.

83. Defendants deny the allegations contained in paragraph 83 of Plaintiff's Complaint.

84. Defendants deny the allegations contained in paragraph 84 of Plaintiff's Complaint.

85. Defendants deny the allegations contained in paragraph 85 of Plaintiff's Complaint.

**COUNT III**

**Failure to Train and/or Supervise – 42 U.S.C. § 1983 (Against Defendants Adams County Sheriff's Office, Adams County and Dale Wagner)**

86. See above.

87. Defendants deny the allegations contained in paragraph 87 of Plaintiff's Complaint.

88. Defendants deny the allegations contained in paragraph 88 of Plaintiff's Complaint.

89. See response to identical allegation above.

90. Defendants deny the allegations contained in paragraph 90 of Plaintiff's Complaint.

91. Defendants deny the allegations contained in paragraph 91 of Plaintiff's Complaint.

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

92. Defendants deny the allegations contained in paragraph 92 of Plaintiff's Complaint.

93. Defendants deny the allegations contained in paragraph 93 of Plaintiff's Complaint.

94. Defendants deny the allegations contained in paragraph 94 of Plaintiff's Complaint.

**COUNT IV**

**False Arrest – Washington Tort Law**
**(Against Defendants Adams County Sheriff's Office, Adams County and Evan Armstrong)**

95. See above.

96. Defendants admit the allegations contained in paragraph 96 of Plaintiff's Complaint.

97. Defendants admit the allegations contained in paragraph 97 of Plaintiff's Complaint.

98. This paragraph is a legal conclusion and does not require a response from Defendants.

99. Defendants deny the allegations contained in paragraph 99 of Plaintiff's Complaint.

100. Defendants deny that Plaintiff was held pursuant to such a request.

101. Defendants deny the allegations contained in paragraph 101 of Plaintiff's Complaint.

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

102. Defendants deny the allegations contained in paragraph 102 of Plaintiff's Complaint.

103. Defendants deny the allegations contained in paragraph 103 of Plaintiff's Complaint.

**COUNT V**

**Discrimination Based on Immigration Status – RCW 49.60.030 (Against All Defendants)**

104. See above.

105. Defendants admit the allegations contained in paragraph 105 of Plaintiff's Complaint.

106. This paragraph does not require a response from Defendants.

107. Defendants deny the allegations contained in paragraph 107 of Plaintiff's Complaint.

108. Defendants deny the allegations contained in paragraph 108 of Plaintiff's Complaint.

109. Defendants admit the allegations contained in paragraph 109 of Plaintiff's Complaint.

110. Defendants admit the allegations contained in paragraph 110 of Plaintiff's Complaint.

111. Defendants deny the allegations contained in paragraph 111 of Plaintiff's Complaint.

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

## VI. PRAYER FOR RELIEF

Defendants deny that Plaintiff is entitled to any relief as a result of any allegations included in the complaint.

BY WAY OF FURTHER ANSWER and AFFIRMATIVE DEFENSE, Defendants state and allege as follows:

1. **FAILURE TO STATE A CLAIM:** That the Plaintiff has failed to state a claim upon which relief may be granted.

2. **LAWFUL ARREST:** That the arrest of the Plaintiff was lawful.

3. **QUALIFIED IMMUNITY:** Defendants contend that Plaintiff's claims are precluded by the doctrine of qualified immunity.

## PRAYER FOR RELIEF

WHEREFORE, Defendants ADAMS COUNTY SHERIFF'S OFFICE, ADAMS COUNTY, EVAN ARMSTRONG, and DALE WAGNER, pray for the following relief:

1. That Plaintiff's complaint be dismissed with prejudice, and that Plaintiff take nothing by his complaint;

2. That Defendants be allowed their statutory costs and reasonable attorney fees incurred herein; and

3. For such additional relief the Court may deem just and equitable.

## JURY TRIAL DEMANDED

The Defendants respectfully demand their right to a trial by jury in this matter.

DATED this 3rd day of March, 2025.

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: */s/ Jeremy W. Culumber*
Jeremy W. Culumber, WSBA #35423
*Attorney for Defendants*

1201 Third Avenue, Suite 1580
Seattle, WA 98101
Phone: (206) 623-8861
Fax: (206) 223-9423
Email: jculumber@kbmlawyers.com

DEFENDANTS' ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES - 13
2:25-CV-3

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff**

Matt Adams, WSBA #28287
Glenda Aldana Madrid, WSBA #46987
Leila Kang, WSBA #48048
Aaron Korthuis, WSBA #53974
NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
Phone: 206.957.8611
Email: matt@nwirp.org
glenda@nwirp.org
leila@nwirp.org
aaron@nwirp.org

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

N/A

DATED: March 3, 2025

*/s/ Jeremy W. Culumber*
Jeremy W. Culumber, WSBA #35423
Email: jculumber@kbmlawyers.com

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423