Hon. Rebecca L. Pennell

Matt Adams
Glenda M. Aldana Madrid
Leila Kang
Aaron Korthuis
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611
*Attorneys for Plaintiff*

Jeremy W. Culumber
Anthony S. Marinella, WSBA #55611
Keating Bucklin & McCormack, Inc. P.S.
1201 Third Ave., Suite 1580
Seattle, WA 98101
(206) 623-8861
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
EASTERN OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| SERAFIN RANGEL-SAMBRANO,<br>Plaintiff,<br>v.<br>ADAMS COUNTY SHERIFF'S OFFICE, ADAMS COUNTY, EVAN ARMSTRONG, Corporal, Adams County Sheriff's Office, in his individual capacity; DALE WAGNER, Sheriff, Adams County Sheriff's Office, in his individual and official capacity,<br>Defendants. | No. 2:25-cv-00003-RLP<br>**STIPULATED MOTION TO DISMISS** |

The parties hereby jointly declare this matter has been resolved and should be dismissed with prejudice, without court-warded costs or fees to any party.

DATED: July 1, 2026

KEATING, BUCKLIN & McCORMACK, INC., P.S.

*/s/ Jeremy W. Culumber*
Jeremy W. Culumber, WSBA #35423
Anthony S. Marinella, WSBA #55611
*Attorney for Defendants*

1201 Third Ave., Suite 1580
Seattle, WA 98101
Phone: (206) 623-8861
Email: jculumber@kbmlawyers.com
amarinella@kbmlawyers.com

NORTHWEST IMMIGRANT RIGHTS PROJECT

*/s/ Leila Kang*
Leila Kang, WSBA No. 48048
Matt Adams, WSBA No. 28287
Glenda Aldana Madrid, WSBA No. 46987
Aaron Korthuis, WSBA No. 53974
Amanda Ng, WSBA No. 57181

615 Second Avenue, Suite 400
Seattle, WA 98104
Phone: 206.957.8611
leila@nwirp.org
matt@nwirp.org
glenda@nwirp.org
aaron@nwirp.org
amanda@nwirp.org

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2026, electronically filed the foregoing and any attachments with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF System. The NEF for the foregoing specifically identifies recipients of electronic notice.

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None.

*/s/ Leila Kang*
Leila Kang, WSBA No. 48048
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 816-3847
leila@nwirp.org